Ronald L. Richman (SBN 139189)
Adam Thomas (SBN 297249)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone:  415.352.2700
Facsimile:  415.352.2701
E-mail:         ron.richman@bullivant.com
                    adam.thomas@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>R G MASONRY, INC., a California corporation,<br><br>Defendant. | Case No.: 4:22-cv-00469-DMR<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE FOR NINETY (90) DAYS; ORDER THEREON** |

IT HEREBY STIPULATED by and between plaintiffs Boards of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the

4865-2775-9925.1 29512/00344                                  – 1 –

Cement Masons Pension Trust Fund for Northern California, and Board of Trustees of the Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"), on the one hand, and defendant R G Masonry, Inc. ("RG Masonry"), on the other hand, through their respective counsel, as to the following:

On September 26, 2022, plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement; To Recover Unpaid Trust Fund Contributions and for Mandatory Injunction seeking to recover unpaid trust fund contributions owed to plaintiffs, and to compel defendant, a signatory Laborers Union employer, to submit to an audit of the books and records of RG Masonry, Inc. [Dkt. 1]. Defendant was served personally served on March 22, 2022. [Dkt. 7]. Defendant filed an answer on March 23, 2022. [Dkt. 10].

In conjunction with the complaint, plaintiffs seek to recover approximately $484,473.90 in alleged unreported and unpaid fringe benefit contributions, plus accrued interest, and liquidated damages, pursuant to an audit conducted on or about September 27, 2021, covering the period August 2016 through September 2020 [First and Second Claims for Relief]. Plaintiffs also seek to compel defendant to submit to a further audit of its books and records for the period October 2020 through the last completed quarter [Third Claim for Relief].

The court held a case management conference on August 3, 2022, at which time attorneys for each party confirmed that active discussions were ongoing, at that time, around settlement of this matter that may lead to a stipulated request for dismissal. A further case management conference is scheduled for October 5, 2022, with an updated, jointly stipulated case management statement due to the court on September 28, 2022.

Following the August 3, 2022, case management conference, the parties reached agreement on the material terms of a settlement agreement that is awaiting final review and approval by the Board of Trustees for each of Plaintiffs' Trust Funds, with a decision to be made on December 14, 2022.

Upon approval of the settlement terms by the various Board of Trustees, and upon receipt of an initial down payment of $15,000 from defendant on December 15, 2022, the parties will jointly stipulate to, and respectfully request that this Court dismiss the action,

without prejudice, but otherwise reserving jurisdiction to enforce the terms of the settlement agreement.

Accordingly, the parties mutually request the Court stay the upcoming case management conference for a period of ninety (90) days from October 5, 2022, to allow the parties time to obtain final approval of the proposed settlement agreement and payment plan, thereby avoiding further time and expense of further litigation.

DATED: September 28, 2022

                              BULLIVANT HOUSER BAILEY PC

                              By  */s/ Adam Thomas*
                                    Ronald L. Richman
                                    Adam Thomas

                              Attorneys for Plaintiffs

DATED: September 28, 2022

                              LAW OFFICE OF GEORGE F. CAMERLENGO

                              By  */s/ George F. Camerlengo*
                                    George F. Camerlengo

                              Attorney for Defendant

**ORDER (AS MODIFIED)**

Pursuant to the parties' stipulation and good cause appearing:

IT IS HEREBY ORDERED that the case management conference scheduled for October 5, 2022, is continued to <u>     January 4,          </u>, 2023 at <u> 1:30 </u> p.m., in Oakland, - videoconference only.  The parties shall file an updated joint case management conference statement by December 28, 2022.

IT IS SO ORDERED AS MODIFIED.

DATED:  <u>September 29, 2022</u>

By _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — Judge Donna M. Ryu]*