UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R G MASONRY, INC.,<br><br>Defendant. | Case No. 22-cv-00469-DMR<br><br>**ORDER TO SHOW CAUSE** |

A case management conference was scheduled for November 15, 2023 at 1:30 p.m. in the above-entitled case. No appearance was made on behalf of Defendant R G Masonry, Inc. Therefore, IT IS HEREBY ORDERED that by November 22, 2023, Defendant shall submit a statement explaining why Defendant should not be sanctioned for failing to appear at the November 15, 2023 case management conference. The court set a further case management conference for December 20, 2023 at 1:30 p.m. The parties' updated joint case management conference statement is due December 13, 2023.

In addition, the docket suggests that defense counsel George Camerlengo has elected not to receive notices of electronic filing in this case. As the attorney of record, Camerlengo shall promptly ensure that he is receiving notices of electronic filing by email to avoid any future failures to appear.

**IT IS SO ORDERED.**

Dated: November 16, 2023

DONNA M. RYU
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>R G MASONRY, INC.,<br><br>　　　　Defendants. | Case No.: 4:22-cv-00469-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) 　I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) 　On 11/16/2023, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office and by sending copy by electronic mail to: gcamerlengo@gfclaw.net

George F. Camerlengo
Law Office of George Camerlengo
555 Twin Dolphin Dr
Suite 300
Redwood City, CA 94065

Dated: 11/16/2023

　　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Ivy Lerma Garcia, Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　the Honorable Donna M. Ryu