Ronald L. Richman (SBN 139189)
Tracy L. Mainguy (SBN 176928)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com
tracy.mainguy@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> R G MASONRY, INC., a California corporation, <br><br> Defendant. | Case No.: 4:22-cv-00469-DMR <br><br> **STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED) THEREON** <br><br> **DATE:** May 1, 2024 <br> **TIME:** 1:30 p.m. <br> **CTRM:** 4, 3rd Floor <br>   **Ronald Dellums Federal Bldg.** <br>   **1301 Clay Street** <br>   **Oakland, CA 94612** <br><br> **Via ZOOM** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiffs, on the one hand, and defendants, on the other hand, through their respective counsel, that this Court grant a short continuance of the case management conference set for May 1, 2024. Both counsel for plaintiffs, Ronald L. Richman and Tracy Mainguy, will be in transit for a professional legal conference on May 1, 2024.

DATED: April 24, 2024

BULLIVANT HOUSER BAILEY PC

By  /s/ Ronald L. Richman
Ronald L. Richman
Tracy L. Mainguy

Attorneys for Plaintiffs

DATED: April 24, 2024

LAW OFFICE OF GEORGE F. CAMERLENGO

By  /s/ George F. Camerlengo
George F. Camerlengo

Attorneys for Defendants

Case 4:22-cv-00469-DMR   Document 48   Filed 04/26/24   Page 3 of 3

**ORDER (AS MODIFIED)**

Based on the parties' Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the further case management conference scheduled for May 1, 2024, is continued to July 3, 2024, at 1:30 p.m. in Oakland, by Zoom videoconference. Parties shall file an updated joint case management conference statement by June 26, 2024. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

IT IS SO ORDERED AS MODIFIED.

Dated: April 26, 2024

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]

HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE